## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JEFFREY GABBARD,**            **CASE NO.   3:11-CV-426**

   Plaintiff,

                                   **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE** and is **REVERSED**; this matter is **REMANDED** to the ALJ for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: October 30, 2012                         **JOHN P. HEHMAN, CLERK**

                                                      By: *s/ M. Rogers*
                                                      Deputy Clerk